M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:   (702) 363-5101
E-mail:       rfinch@messner.com
                  cmeyer@messner.com
*Attorneys for Defendant*
*State Farm General Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS E LEWIS, an individual; and JAYIA LEWIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY; DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.:     2:24-cv-00238-RFB-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM GENERAL INSURANCE COMPANY through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiffs, DOUGLAS E. LEWIS and JAYIA LEWIS, by and through their counsel of record R. CHRISTOPHER READE, ESQ. and P. ROWLAND GRAFF, ESQ. of CORY READE DOWS & SHAFER, that all claims against STATE FARM GENERAL INSURANCE COMPANY arising out of Case No. 2:24-cv-00238-RFB-NJK be dismissed, in its entirety, without prejudice, with each of the parties to bear their own attorney's fees and costs.

///

///

IT IS FURTHER STIPULATED that no trial is currently scheduled.

DATED this 4th day of March, 2024

**MESSNER REEVES LLP**

*/s/ Renee M. Finch*

M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Road Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*

Dated this 4th day of March, 2024.

**CORY READE DOWS & SHAFER**

*/s/ R. Christopher Reade*

R. Christopher Reade, Esq.
Nevada Bar No. 6791
P. Rowland Graff, Esq.
Nevada Bar No. 15050
1333 North Buffalo Drive, Suite 210
Las Vegas, Nevada 89128
*Attorneys for Plaintiffs*

IT IS SO ORDERED.

**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**

DATED: March 5, 2024.